# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER GRANT

NO. 2023 KW 1241

DECEMBER 4, 2023

---

In Re:    State of Louisiana, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 589557.

---

BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.

WRIT DENIED. "A court possesses inherently all powers necessary for the exercise of its jurisdiction and the enforcement of its lawful orders, including authority to issue such writs and orders as may be necessary or proper in aid of its jurisdiction. It has the duty to require that criminal proceedings shall be conducted with dignity and in an orderly and expeditious manner and to so control the proceedings that justice is done." La. Code Crim. P. art. 17. The trial court should exercise its inherent authority to order that the elevator is expeditiously repaired to guarantee that the courthouse provides reasonable accommodations to any individual with a disability to ensure equal opportunity to access the court's facilities. See La. R.S. 46:2594(B)(1).

JEW

EW

Holdridge J., dissents. I would order the trial court to conduct the trial in question within thirty days. While the court is required to ensure that reasonable accommodations are made for all jurors and users of the court that have a disability, the trial court cannot stop the District Attorney from conducting criminal jury trials nor the people of Lafourche Parish from having the right to criminal justice. The trial court should arrange to use the courtrooms in the courthouse that have working elevators so that criminal trials may be held in the Seventeenth Judicial District in a timely manner. All judges of the Seventeenth Judicial District Court should work together so that criminal justice is not impeded in the parish by the lack of elevators at the annex.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT